UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.J. No. |
| ) | 2005-M-0413RBC |
| YOHAN A. GERMOSEN ) | |

**GOVERNMENT'S MOTION TO SEAL**

The United States of America moves to seal the criminal complaint and supporting affidavit in the above captioned matter. In support of this motion, the government states that this matter concerns an ongoing investigation and the Defendant has agreed to cooperate with law enforcement authorities.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Lisa M. Asiaf
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617)748-3268

March 10, 2005

*MAR 10 2005*
ALLOWED to 11:00 am on 3/14/2005.