# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

USA
v.
Yohan Germosen

**APPEARANCE**

Case Number: 2005-M-0413-RBC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Yohan A. Germosen

I certify that I am admitted to practice in this court.

Date: 3/14/05

3/14/05
N. Russo

Signature

Print Name: John N M_____   Bar Number: 610778

Address: 385 Sidney

City: Revere   State: MA   Zip Code: 02151

Phone Number: 781 284 9934   Fax Number: 781 284 5301