UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05CR 10120 NG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. |
| | ) | |
| | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 963 - |
| v. | ) | Conspiracy to Unlawfully |
| | ) | Import Heroin Into the |
| | ) | United States |
| | ) | |
| 1. YOHAN A. GERMONSEN, | ) | 21 U.S.C. §§ 952, 960 - |
| | ) | Unlawful Importation of |
| Defendant. | ) | Heroin Into the United |
| | ) | States |

**INFORMATION**

**COUNT ONE:**   **(21 U.S.C. § 963 - Conspiracy to Unlawfully Import Heroin Into the United States from a Place Outside Thereof, to wit, the Dominican Republic)**

The United States Attorney charges that:

Beginning on a date unknown to the United States Attorney, but no later than on or about March 5, 2005 and continuing to on or about March 10, 2005, at Boston, in the District of Massachusetts,

**1.   YOHAN A. GERMOSEN,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the United States Attorney, to unlawfully import into the United States from a place outside thereof, to wit, the Dominican Republic, heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 852(a) and 960.

It is further alleged that the conspiracy involved at least 100 grams of a mixture and substance containing a detectable

amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) is applicable to this Count.

All in violation of Title 21, United States Code, Section 963.

<u>COUNT TWO</u>:     (21 U.S.C. §§ 952(a), 960 - Unlawful Importation of Heroin Into the United States from a Place Outside Thereof, to wit, the Dominican Republic)

The United States Attorney further charges that:

On or about March 10, 2005, at Boston, in the District of Massachusetts,

**1.   YOHAN A. GERMOSEN,**

defendant herein, did knowingly and intentionally unlawfully import into the United States from a place outside thereof, to wit, the Dominican Republic, heroin, a Schedule I controlled substance.

It is further alleged that the importation involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 960(b)(2)(A).

All in violation of Title 21, United States Code, Section 952(a).

**FORFEITURE ALLEGATION**
**(21 U.S.C. § 853 - Criminal Forfeiture)**

The United States Attorney further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One and Two of this indictment,

**1. YOHAN A. GERMOSEN,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:

                                    /s/ Lisa M. Asiaf
                                    LISA M. ASIAF
                                    Assistant U.S. Attorney

Dated: May 5, 2005

§JS 45 (5/97) - (Revised USAO MA 6/29/04)

05CR 10120NG

# Criminal Case Cover Sheet                                U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** ICE

**City** Boston                         **Related Case Information:**

**County** Suffolk                      Superseding Ind./ Inf. _____ Case No. _____
                                        Same Defendant _____ New Defendant _____
                                        Magistrate Judge Case Number    2005-M-0413-RBC
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name**   Yohan A. Germosen                  Juvenile   ☐ Yes   ☒ No

**Alias Name**   N/A

**Address**   114 Essex Street, Lynn, MA

**Birth date (Year only):** 1977   **SSN (last 4 #):** ____   **Sex** M   **Race:** Hispanic   **Nationality:** D.R.

**Defense Counsel if known:**   John H. Molloy, Esq.    **Address:** 385 Broadway Street
                                                                    Revere, MA 02151

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA**   Lisa M. Asiaf                **Bar Number if applicable**   634636

**Interpreter:**   ☐ Yes  ☒ No        **List language and/or dialect:**   English

**Matter to be SEALED:**   ☐ Yes  ☒ No

☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

## Location Status:

**Arrest Date:**   March 10, 2005

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   M.J. Collings   on   March 10, 2005

**Charging Document:**   ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 5, 2005        **Signature of AUSA:**   Lisa M. Asiaf   /s/ Lisa M. Asiaf

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Yohan A. Germosen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 963 | Conspiracy to Import heroin into the U.S. | 1 |
| Set 2 | 18 U.S.C. §§ 952(a), 960 | Importation of heroin into the United States | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**