### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Crim. No.  05-cr-10120-NG** |
| ) | |
| **YOHAN A. GERMOSEN,** ) | |
| **Defendant.** ) | |
| ) | |

### ASSENTED TO MOTION TO EXCLUDE TIME
### FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, with the assent of the defendant, Yohan A. Germosen, respectfully moves this Honorable Court to exclude the time from September 8, 2005 through October 20, 2005 from all Speedy Trial Act computations.  In support of this motion, the government states that at the request of the government, with the assent of the defendant, the Court rescheduled the Rule 11 hearing in this matter from September 8, 2005, to October 20, 2005.  The parties agree that the time from September 8, 2005 through October 20, 2005, should be excluded for purposes of the Speedy Trial Act.  This motion is filed pursuant to the Court's Notice of Rescheduling dated September 6, 2005.

WHEREFORE, the government, with the assent of the defendant, Yohan A. Germosen,

moves this Honorable Court to exclude the time from September 8, 2005, through October 20, 2005,

from all Speedy Trial Act calculations.

September 6, 2005                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN,
                                              United States Attorney,


                                       By:   */s/ Lisa M. Asiaf*_____
                                              LISA M. ASIAF
                                              Assistant U.S. Attorney
                                              One Courthouse Way
                                              Boston, MA 02210
                                              Tel:  (617) 748-3268


ASSENTED TO:

DEFENDANT YOHAN A. GERMOSEN,
By his attorney,


_____*/s/ Sean F. Donahue*_____
SEAN F. DONAHUE, ESQ.
LAW OFFICES OF JOHN H. MOLLOY
379 Salem Street
Medford, MA 02155
Tel: (781) 395-3569