UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | CRIMINAL NO.: 05-10120-NG |
| ) | |
| Yohan A. Germosen ) | |

**ASSENTED MOTION TO CONTINUE SENTENCING HEARING**

The defendant, Yohan A. Germosen ("Mr. Germosen"), through his undersigned counsel, moves this Honorable Court, with the assent of the United States ("government"), for a minimum 14-day continuance of the Sentencing Hearing set for March 15, 2006, in the above-captioned matter.

In support of this motion, Mr. Germosen states as follows:

1. On Friday, March 10, 2006, Mr. Germosen filed a Motion To Modify Court Order with this Court whereby requesting that this Court modify the time standards contained in paragraph 9, a paragraph entitled, "Hearing and Counsel's Obligations," of the *Amended Procedural Order RE: Sentencing Hearing (In the light of U.S. v. Booker)*.

2. On Monday, March 13, 2006, Mr. Germosen filed a Motion For Downward Departure Or Offense-Level Adjustment, along with a memorandum in support thereof, with this Court;

3. In light of those recent filings and today's telephone conversations with the prosecuting attorney, Mr. Germosen now requests additional time so that the government may file its' written response to that motion.

WHEREFORE, the parties jointly request that this Honorable Court continue the Sentencing Hearing in this matter from March 15, 2006 to any of the following dates, so long as one of these proposed dates are equally convenient to the Court. The proposed dates are as follows: March 28, 31 or April 3, 7, 14, 2006.

The government assents to this motion.

FOR THE DEFENDANT:
YOHAN A. GERMOSEN

By his attorneys:

John H. Molloy, BBO # 600778
Sean F. Donahue, BBO # 558058
Law Offices of John H. Molloy
385 Broadway, Suite 402
Revere, MA   02151
Tel.: 781.284-9934
