UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |  |
| v. | ) ) | Crim. No. 05-cr-10120-NG |
| **YOHAN A. GERMOSEN,**<br>            **Defendant.** | ) ) ) ) |  |

### ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

The United States, with the assent of the defendant, Yohan A. Germosen, respectfully moves this Honorable Court for a brief continuance of the Sentencing Hearing currently scheduled for May 23, 2006, at 3:00 p.m. In support of this motion, the government states as follows:

1. Germosen's sentencing was scheduled to take place on April 25, 2006.

2. On March 30, 2006, the parties received a Notice of Rescheduling from the Court, which rescheduled the Sentencing Hearing from April 25, 2006 to May 23, 2006.

3. The undersigned attorney for the government, however, has a non-refundable spring vacation planned for the week of May 19 – 26, 2006. With the assent of counsel for the defendant, the government therefore respectfully requests the Court to reschedule the Sentencing Hearing to another day that is convenient for both the Court and the parties.

4. To the extent that any of the following days work for the Court, counsel for both parties are available on the following days in/around the new sentencing date: (i) May 18, 2006, (ii) May 30, 2006, (iii) June 1, 2006, and (iv) June 2, 2006.

WHEREFORE, with the assent of the defendant, the government respectfully requests the Court to reschedule the Sentencing Hearing currently set for May 23, 2006.

Dated: March 30, 2006

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2006.

*/s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney