### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Yohan A. Germosen )<br>) | CRIMINAL NO.: 05-10120-NG |

### SUPPLEMENT TO DEFENDANT YOHAN GERMOSEN'S
### SENTENCING MEMORANDUM IN SUPPORT OF
### DOWNWARD DEPARTURE OR OFFENSE-LEVEL ADJUSTMENT

Now comes the Defendant Yohan Germosen ("Germosen") in the above-captioned matter and respectfully provides this Honorable Court with additional information and documentation to supplement his Sentencing Memorandum In Support of Downward Departure on Offense-Level Adjustment, a copy of which was previously filed with the Court.

Specifically, Defendant Germosen submits that, in addition to the information already provided to this Court as potential factors to warrant a downward departure, he has been accepted to attend North Shore Community College, located at One Ferncroft Road, in Danvers, Massachusetts, where he expects to continue, and, hopefully, complete his post-secondary education.

In addition to the four (4) Exhibits that were filed with the original Sentencing Memorandum In Support of Downward Departure or Offense-Level Adjustment, Defendant Germosen hereby submits seven (7) additional Exhibits for the Court's review and consideration.

The Exhibits attached hereto are consecutively numbered from 5 thru 11. The list of Exhibits accompanying the original memorandum and this supplement are as follows:

Exhibit No. and Description:

1. Letter from Rudy Rosa, Santo Domingo Grocery, Lynn, MA;
2. Letter from Maria Fernandez, East Boston, MA;
3. Letter from Paul J. DiBonaventura, President, Lighthouse Ford, Falmouth, MA;
4. Letter from Miguelinia Valdez, Broker Realtor, Classic Realty, Lynn, MA;
5. Letter from Wayne M. Burton, President, North Shore Community College, Danvers, MA;
6. Transcript from Bunker Hill Community College, Charlestown, MA;
7. Diploma, Charlestown High School, Charlestown, MA;
8. Letter from Dinanyili Paulino-Rodriguez, Program Director, Sociedad Latina, Roxbury, MA;
9. Letter from Bayoan Martinez Cruz, M.D., MGH Chelsea Health Care Center, Chelsea, MA;
10. Letter from Jose A. Montesino;
11. Letter from Jon R. Garlinghouse, Revere, MA.

FOR THE DEFENDANT,
YOHAN A. GERMOSEN

By his attorney:

_____
John H. Molloy, BBO # 600778
Sean F. Donahue, BBO # 558058
385 Broadway, Suite 402
Revere, MA   02151

CERTIFICATE OF SERVICE

I certify that on this date, I served the foregoing documents by electronic mailing upon AUSA Lisa Asiaf and by facsimile transmission to Probation Officer Denise Rivera.

_____
John H. Molloy

2

**EXHIBIT 5**



# NORTH SHORE
## COMMUNITY COLLEGE
DANVERS • LYNN • BEVERLY

www.northshore.edu

April 12, 2006

Yohan Germosen
114 Essex St
Lynn, MA  01902

Dear Yohan:

Congratulations!  As President of North Shore Community College, I would like to welcome you and take this opportunity to introduce you to our school.

We are a diverse community of learners: recent high school graduates, commonwealth scholars, first-generation college students, older learners, immigrants, transfer students, and international students. Over our 40 year history we have served more than 220,000 North Shore residents.

Our staff and faculty are committed to providing you with a top-notch, affordable, educational experience.  You will find we have state-of-the-art computerized classrooms, award winning on-line services, and full service libraries on our Danvers and Lynn campuses.  Our Academic Skills Centers provide tutoring in a range of academic disciplines to provide our students every chance to succeed.

And our students do succeed.  On average, 93% of NSCC's career program graduates obtain jobs within 6 months of graduating – 80% in their chosen field of study.

I wish you the best and congratulate you on your decision to pursue your education, a decision I am sure will change your life!

Sincerely,

Wayne M. Burton, Ed.D
President, North Shore Community College

**EXHIBIT 6**

```
Send To: Mr. Yohan Germosen                               Page:  1 of  1    04 April 2006
         66 Decatur Street                                ID: 0050329
         Apt #906                                         SSN: 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
         Charlestown MA 02129                             Name: Yohan Germosen

                                  Advisor:

                                                                                    Crd   Crd
Course   Course Title           Grd    Crd    Crd    QP    Remarks    Course   Course Title   Grd   Att   Cmpl   QP   Remarks
                                       Att    Cmpl

         FALL SEMESTER 1995 (09/06/1995 to 12/23/1995)
CMP095   ACADEMIC CMP SKILLS     P     3.00   3.00   0.00
ENG090   WRITING SKILLS I        B-    3.00   3.00   8.10
MAT090   FUND OF MATH            C     3.00   3.00   6.00
RDG090   READING SKILLS I        C     3.00   3.00   6.00
         Term GPA:  2.23    Credit:  12.00  12.00  20.10

         SPRING SEMESTER 1997 (01/22/1997 to 05/17/1997)
ENG095   WRITING SKILLS II       NA    3.00   0.00   0.00
MAT095   FUND OF ALGEBRA         W     3.00   0.00   0.00  W/D 01/01/97
         Term GPA:  0.00    Credit:   6.00   0.00   0.00
                            -----------------------------
         Cum  GPA:       2.23    Credit: 18.00  12.00  20.10
         Cum  GPA(less DEV):  0.00 Credit:  0.00   0.00   0.00
                            -----------------------------
         Date Conferred.:
         Degree Received:
                            -----------------------------
End of official record.
```

# The School Committee of the City of Boston

THIS IS TO CERTIFY THAT

## Johan A. Germosen

*has honorably completed the regular course of instruction in the*

## CHARLESTOWN HIGH SCHOOL

*In testimony whereof this Diploma is awarded by authority of the School Committee*            *Boston June AD 1995*

HEAD MASTER

CHAIRMAN OF THE SCHOOL COMMITTEE

SUPERINTENDENT OF SCHOOLS

## Boost Shop

**From:** "Dini Paulino-Rodriguez" <dini@SOCIEDADLATINA.ORG>
**To:** <boostshop@verizon.net>
**Sent:** Tuesday, March 28, 2006 3:26 PM
**Subject:** Re: thanks

Yohan

tu carta esta lista necesito tu fax para mandartela, gracias

Dinanyili Paulino-Rodriguez
Program Director
Sociedad Latina
1530 Tremont St.
Roxbury, MA 02120
617.442.4299

--- boostshop@verizon.net wrote:

From: "Boost Shop" <boostshop@verizon.net>
To: <dini@sociedadlatina.org>
Subject: thanks
Date: Tue, 28 Mar 2006 13:56:26 -0500

To whom it may concern


I have worked with Yohan A Germosen at Sociedad Latina in the past..

A community organization that focus in the support of the Latino youth, we helped with positives movements in the community.

From organizing events to feed the families that couldn't afford Thanks Giving dinner to providing group supports to those who need it in the areas that are need it. Tobacco, Std's, HIV, Substance Abuse, and Pregnancy Prevention programs were our main focus.

We where always ready to take the extra step for the community.

---

Sign up for FREE email from Everyone.net email at http://www.everyone.net

3/30/2006





**MGH Chelsea HealthCare Center**

100 Everett Avenue
Suite 16C
Chelsea, MA
02150

617-887-4600

To whom it may concern
RE: Yohan Germosen
DOB: 11/10/1977

Dear Sir/Madam

I have known Yohan for the last 2-3 years and He is a well behavior young man Who I have seen supporting his mother and helping her with the chores at home

If I can be of further assistance please do not hesitate to contact me

Thank you for your time

Sincerely,

Bayoan Martinez Cruz, M.D.

March 30, 2006

## TO WHOM IT MAY CONCERN:

I, JOSE A. MONTESINO, hereby certify that I have known YOHAN GERMOSEN since around 15 years ago when he was still a boy. Yohan is the son of my longtime friend Cary Maldonado who is a very hardworking and honest woman. I can attest that to my knowledge Yohan have not had any problems with the law before.

Yohan is a very hardworking and pleasant gentleman I know for a fact that he used to work at the Northshore and lately at his own business Central Communication Plus located at 132 Central Ave, Lynn MA 01902. I am willing and able to testify on his behalf on any Court, if needed.

Sincerely,

Jose A. Montesino

Jon R. Garlinghouse
34 Franklin Ave. #6
Revere, MA 02151
(617)947-2370

March 28, 2006

To The Honorable Judge Nancy Gertman:

My name is Jon R. Garlinghouse. I am a mortgage broker with Innovative Mortgage Services, LLC in East Boston, Massachusetts. It is with great pleasure that I write this letter of character reference on behalf of Mr. Yohan Germosen. I have known Mr Germosen for more than ten years. I first met him when I became friendly with his mother, Ms. Cary Maldonado who is an upstanding and hardworking single mother of four children. I know Mr. Germosen to be an unselfish, pleasant, polite and honorable person. I have personally watched him grow up over the last ten years into an extremely family oriented, hard working and law abiding, young man. Mr. Germosen has always been there for his mother, brothers or sister. He is the oldest of the children and has always set a fine example. I know his mother is very proud of him.

Most recently he has started his own Cell Phone business and is now beginning to experience success in that venture. He deserves all his new success. No one gave anything to this young man, he worked hard, made sacrifices and saved his money to get where he is.

I was extremely surprised to learn that Mr. Germosen had been charged with a drug related charge. I know for a fact that Mr. Germosen did not use drugs and was always against the use of illegal drugs. I know this because I have been in the presence of him talking to his younger two brothers teaching them the evils that come from involvement with illegal drugs. I have spoken to Mr. Germosen about his situation and he explained to me that while he and his family were suffering from financial despair, and he was at a weak point, he succumbed to the influence of someone he looked up to and made a mistake. A mistake that will follow him the rest of his life.

I firmly believe that Mr. Germosen has learned a very powerful lesson, I assume he has not had any problem following the rules and/or remaining in full compliance with his pre-trial release. Moreover, I am certain that he can and will be a model citizen from this point forward. It is my sincere hope that he will be granted the opportunity to prove to the Court that his lapse of judgment which resulted in his arrest was completely out of character and will never happen again. Everyone deserves a second chance and I am sure he will prove worthy.

Thank you for the opportunity allowing me to write on behalf of this fine young man, Mr. Yohan Germosen.

Very truly yours,


Jon R. Garlinghouse