## DISCHARGE OF MORTGAGE

I, Sarah Allison Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Cary Maldonado to the Clerk of the United States District Court for the District of Massachusetts, for property located 114 Essex Street, Lynn, MA. dated March 22, 2005 and recorded in the official records of the Southern Essex county Registry of Deeds at book 24086 and page 195 acknowledge satisfaction of the same.

Witness my hand and seal this __1__ day of __August__, 2006

*[signature]*
Sarah Allison Thornton, Clerk
United States District Court
District of Massachusetts

### COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: 8/1/2006

Then personally appeared Sarah Allison Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

*[signature]*
Notary Public
My commission expires:

JOANNE M. CULL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 10, 2009