UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 05-cr-10120-NG |
| | ) | |
| **YOHAN A. GERMOSEN,** | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S MOTION
## FOR ISSUANCE OF JUDGMENT IN CRIMINAL CASE

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Lisa Asiaf, hereby move this Honorable Court for issuance of the Judgment in the above-referenced criminal case.

As grounds therefor, the government states that on November 7, 2005, the defendant, Yohan A. Germosen ("Germosen") entered a guilty plea as to Counts One and Two of the Indictment, and on June 30, 2006, he was sentenced to serve two years of probation, including six months of home detention, no fine, and a $200 mandatory special assessment. At the conclusion of the sentencing hearing, the Court stated that a written sentencing decision would issue and that entry of judgment would follow thereafter. According to the Probation Office, Germosen's home detention is set to expire on December 29, 2006. As of this date, however, no Judgment Order or sentencing memorandum has been issued.

WHEREFORE, the United States respectfully requests that the Court issue the Judgment Order in the above-referenced criminal action.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:

                */s/ Lisa M. Asiaf*
                Lisa M. Asiaf
                Assistant U.S. Attorney

Dated: December 26, 2006        Tel:  (617) 748-3268

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 26, 2006

                */s/ Lisa M. Asiaf*
                Lisa M. Asiaf
                Assistant U.S. Attorney