**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Yohan A. Germosen )<br>) | CRIMINAL NO.: 05-10120-NG |

**MOTION FOR LEAVE TO WITHDRAW**

Now comes counsel for the defendant, Yohan A. Germosen, in the above-referenced case and moves this Honorable Court for leave to allow said counsel to withdraw.

In support thereof, the defendant states that:

4. The United States of America recently filed an appeal in the United States of Court of Appeals;

5. The defendant is indigent and without funds necessary to retain private counsel; and

6. Counsel for the defendant has/have no previous experience in federal appellate practice.

For all of the foregoing reasons, the defendant Yohan A. Germosen respectfully requests that this Court *allow* this motion.

FOR THE DEFENDANT,
YOHAN A. GERMOSEN

By his attorneys:

John H. Molloy, BBO # 600778
Sean F. Donahue, BBO # 558058
385 Broadway, Suite 402
Revere, MA   02151

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 16, 2007, I forwarded a copy of the *Defendant's Motion For Finding of Indigency and Appointment of Counsel,* along with a redacted copy of an affidavit entitled, "Affidavit to Accompany Motion For Leave to Appeal In Forma Pauperis," and a copy of *a Motion To Withdraw* to the defendant, Yohan A. Germosen, by first class mail, postage prepaid, at his last and usual place of abode.

I further certify that I have on March 16, 2007, I also forwarded a copy of the said documents by electronic filing upon AUSA Lisa Asiaf, of the United States Attorney's Office.

_____
John H. Molloy