# United States Court of Appeals
## For the First Circuit

No. 07-1272

UNITED STATES,

Appellant,

v.

YOHAN A. GERMOSEN,

Defendant - Appellee.

---

**JUDGMENT**
Entered: June 22, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Margaret Carter, Chief Deputy Clerk

Deputy Clerk

Date: 6/22/07

[cc: Lisa Asaif, AUSA, Dina Michael Chaitowitz, AUSA, Kathleen McCarthy, Esq.]