

# MEMORANDUM

To: U.S. District Court Judge Nancy Gertner
From: Carmen Pena Wallace, U.S. Probation Officer
Re: Yohan Germosen, Criminal Docket #05-10120-01
<u>Community Service Order</u>
Date: December 12, 2007

On June 30, 2006, the defendant, Yohan Germosen, appeared before the Court for sentencing following his conviction for Conspiracy to Unlawfully Import Heroin into the United States. He was sentenced to a two (2) year term of Probation with the following special conditions: 1. The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon; 2. The defendant is to serve six (6) months of home detention without electronic monitoring. The defendant is allowed out to attend religious services, work, medical appointments, and child care reasons; 3. The defendant shall perform community service speaking with children in his community (amount of hours to be determined by the Probation Office).

The purpose of this memorandum is to address the community service order and to recommend a set amount of hours.

Mr. Germosen was instrumental in setting up his community service. After obtaining permission from this probation officer, he reached out and secured a volunteer spot with Straight Ahead Ministries, a program geared toward trouble youth, specifically those involved with the Department of Youth Services (DYS). They offer a wide range of services including, discipleship, court advocacy, community outreach, employment and educational programs, etc.

The defendant performs volunteer service on a weekly basis. On Wednesdays, from 3:00 to 4:00 p.m., he teaches job readiness to a group of DYS committed youth and on Fridays, he participates in the program's weekly community goals meeting, from 3:00 to 4:00 p.m. Mr. Germosen reports that he enjoys working with this population and plans on remaining involved with the program post supervision.

It is the recommendation of the Probation Office that the Court set 100 hours of community service. Mr. Germosen has already completed 80 hours since he started at the Straight Ahead Ministry Program in March 2007.

Reviewed by: _____
John G. Marshall
Supervising U.S. Probation Officer

I Agree ✓

I do not Agree. ___ It is Ordered that the defendant serve _____ hours of Community Service.

_____
U.S. District Court Judge